# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIBERTO GALDAMEZ,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 72334

FILED

APR 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on February 3, 2017. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]In light of this order, we deny as moot the motion filed on March 27, 2017.

cc: Hon. Michael Villani, District Judge
Eriberto Galdamez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Feliciano Law Offices LLC